UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PHE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   4:13CV01659 JAR |
| | ) | |
| CHRIS ORTEGA, | ) | |
| | ) | |
| Defendant. | ) | |

## CLERK'S ENTRY OF DEFAULT

This matter is before the clerk of court on Plaintiff's Motion for Entry of Clerk's Default against Defendant Chris Ortega [Doc. # 6] pursuant to F.R.Civ.P. 55(a). The record reflects service of summons and the complaint upon Defendant on September 14, 2013.  Defendant has failed to file an answer or other responsive pleading within the time required by F.R.Civ.P. 12.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Clerk's Default against Defendant Chris Ortega [Doc. # 6] is **GRANTED**, and the default of this defendant is hereby entered.

*James G. Woodward*
_____
JAMES G. WOODWARD
CLERK OF COURT

Dated this 20th day of November, 2013.